UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA     *285/4/

IN RE:                                          CASE NO.    06-14459-BKC-RAM
MARIGOL BRAVO
                                                APR 16 2010

                            CHAPTER 13                   ...RUPTCY CT.
                                                   SO. DIST. OF FLA.
         NOTICE OF DEPOSIT OF FUNDS WITH THE       MIAMI - OFFICE
               U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $     38.68   remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your trustee
      has made a good faith effort to verify the correct mailing
      address for said debtor(s)/Creditor(s) and deliver the funds
      before presenting this notice.  More than sufficient time has
      passed for these checks to be presented for payment, or the
      creditor has returned funds indicating they refuse the funds.

(  )  The trustee has a balance of $      .00    remaining in her bank
      account which represents small dividends as defined by FRBP
      3010.

      Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

      WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.


Date: _____4/15/10_____

                                        _____
                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

    MARIGOL BRAVO

    7595 SW 152 AVE.
    #H 401
    MIAMI, FL 33193

    DESIREE CALAS-JOHNSON, ESQ.
    782 NW 42 AVENUE
    SUITE 447
    MIAMI, FL 33126

    CHEVRON CREDIT BANK, N.A.
    2001 DIAMOND BLVD.
    PO BOX 5010, SECT. 230
    CONCORD, CA 94524-0010

    U.S. Trustee
    51 S. W. 1st Avenue
    Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   06-14459-BKC-RAM
MARIGOL BRAVO


                                            CHAPTER 13


MARIGOL BRAVO

7595 SW 152 AVE.
#H 401
MIAMI, FL 33193

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

CHEVRON CREDIT BANK, N.A.          ---------$          38.68
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010
                                    UNDELIVERABLE/STALE
                                    CLAIM REGISTER#  2
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130